# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

CHRISTOPHER WATKINS,

    Petitioner

**V.**       Case No. 05-0404-CV-W_HFS_P

CHUCK DWYER,

    Respondent

- ☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: the petition for writ of habeas corpus is denied; and this case is dismissed with prejudice. (HFS)(dw)

Entered on: 9/8/05

    P.L. BRUNE
    CLERK OF COURT

    D.M. WEINZERL
    (By) Deputy Clerk